930 A.2d 1263

**Levon MOORE, Petitioner,**

v.

**David DIGUGLIELMO, Superintendent of the State Correctional Institution at Graterford, The District Attorney of the County of Philadelphia, Respondent.**

**No. 87 EM 2007.**

Supreme Court of Pennsylvania.

Aug. 22, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of August, 2007, the Application for Leave to File Original Process is granted. The Petition

for Writ of Habeas Corpus Ad Subjiciendum and Application for an Immediate Hearing are denied.